UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
ANNE WARDELL,                          )
                                       )   No. C05-0741L
                 Plaintiff,            )
       v.                              )
                                       )   ORDER TO SHOW CAUSE
DEANNA NOLLETTE, *et al.*,             )
                                       )
                 Defendants.           )
_____)

       This matter comes before the Court *sua sponte*. On February 10, 2006, plaintiff filed a response with related documents that, taken as a whole, exceed 50 pages in length. As of this date, a courtesy copy of these documents has not been provided for chambers.

       Plaintiff is hereby ORDERED to show cause within five days from the date of this Order why she should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 6) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 11). Plaintiff shall immediately deliver a paper copy of the documents filed on February 10, 2006, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

       The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Thursday, February 23, 2006.

ORDER TO SHOW CAUSE

DATED this 14th day of February, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE               -2-