1
2
3
4
5

6     UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
7                AT SEATTLE

8   _____
                                              )
9   ANNE WARDELL,                             )
                                              )   No. C05-0741L
10                      Plaintiff,            )
                v.                            )
11                                            )   ORDER TO SHOW CAUSE
    DEANNA NOLLETTE, *et al.*,                )
12                                            )
                        Defendants.           )
13  _____)

14
            This matter comes before the Court *sua sponte*. On February 8, 2006, defendants
15
    filed a motion with related documents that, taken as a whole, exceed 50 pages in length. As of
16
    this date, a courtesy copy of these documents has not been provided for chambers.
17
            Defendants are hereby ORDERED to show cause within five days from the date of
18
    this Order why they should not be sanctioned for failure to comply with this Court's "Order
19
    Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 6) and the
20
    "Minute Order Setting Trial & Related Dates" (Dkt. # 11). Defendants shall immediately deliver
21
    a paper copy of the documents filed on February 8, 2006, with tabs or other organizing aids as
22
    necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for
23
    Chambers," to the Clerk's Office.
24
            The Clerk of Court is directed to place this Order to Show Cause on the Court's
25
    calendar for Thursday, February 23, 2006.
26

ORDER TO SHOW CAUSE

1
2   DATED this 14th day of February, 2006.
3
4   _____
    Robert S. Lasnik
5   United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO SHOW CAUSE                -2-