UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                 )
ANNE WARDELL,                  )
                                 )      No. C05-0741L
                Plaintiff,   )
       v.                          )
                                 )      ORDER GRANTING DEFENDANT'S
DEANNA NOLLETTE, *et al.*,    )      MOTION FOR PROTECTIVE ORDER
                                 )
                Defendants. )
_____)

This matter comes before the Court on "Defendant Kerlikowske's Motion for Protective Order." Dkt. # 25. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court finds that Chief Kerlikowske does not have personal knowledge of the accident or the investigation giving rise to plaintiff's claims, that plaintiff has already obtained interrogatory responses from this witness on the issues she now seeks to cover in deposition, and that plaintiff may obtain additional information regarding Seattle Police Department policies, practices, and customs from other, less burdensome sources and through other, less burdensome means.[1] Pursuant to the limited immunity from deposition discussed in

---

[1] Plaintiff argues that the practices about which she complains were so widespread that Chief Kerlikowske should have known about them. He has already stated and plaintiff concedes, however, that he did not, in fact, know of the alleged practices: asking this witness about things he allegedly should have known is not likely to lead to the discovery of admissible evidence.

ORDER GRANTING DEFENDANT'S
MOTION FOR PROTECTIVE ORDER

cases such as <u>Kyle Eng'g Co. v. Kleppe</u>, 600 F.2d 22, 231 (9th Cir. 1979), and <u>U.S. v. Miracle Recreation Equip.</u>, 118 F.R.D. 100, 104-05 (S.D. Iowa 1987), defendant's motion for a protective order is GRANTED. The notice of deposition issued to defendant Kerlikowske is hereby QUASHED.

DATED this 14th day of March, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR PROTECTIVE ORDER            -2-