Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNE WARDELL, <br><br> Plaintiff, <br><br> v. <br><br> DEANNA NOLLETTE, K. ODELL, AND THE CITY OF SEATTLE, and each of them. <br><br> Defendants. | NO. C05 – 741 RSL <br><br> ORDER DENYING DEFENDANTS' MOTION IN LIMINE <br><br> [PROPOSED] |

The Court has considered the defendants' motion in limine and all materials filed by the parties in support of and in opposition thereto. The Court, being fully advised,

ORDERS that defendants' Motion In Limine to exclude the testimony of pliantiff's expert witnesses Robert D. Keppel, Ph.D., and Kay M. Sweeney is, hereby, DENIED.

DATED this _____ day of _____, 2006.

_____
The Honorable Robert S. Lasnik
Judge, United States District Court

ORDER DENYING DEFENDANTS' MOTION IN LIMINE  - 1

Sinsheimer & Meltzer, Inc., P.S.
ATTORNEYS AT LAW
1001 - 4TH AVENUE PLAZA, SUITE 2120
SEATTLE, WASHINGTON 98154-1109
(206) 340-4700
FAX (206) 464-9555
Email: law@sinsheimer-meltzer.com

# CERTIFICATE OF SERVICE

I certify that on the date noted below, I electronically filed this document entitled ORDER DENYING DEFENDANTS' MOTION IN LIMINE (PROPOSED) with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following persons:

Heather L. Carr
STAFFORD FREY COOPER
601 Union Street, Suite 3100
Seattle, WA 98101
Fax: (206)624-6885

I further certify that I have caused to be served in the manner noted below a copy of the above-listed document on the following non-CM/ECF participants:

N/A

[ ] Via Facsimile
[ ] Via First Class Mail
[ ] Via Messenger Service

DATED this _____ day of May, 2006 at Seattle, Washington.

_____
Teri A. Synoground

ORDER DENYING DEFENDANTS' MOTION IN LIMINE - 2
Certificate of Service ResponseMLimine(SM) 052506 tas 05285 wpd
5/25/06 11:01 AM

Sinsheimer & Meltzer, Inc., P.S.
ATTORNEYS AT LAW
1001 - 4TH AVENUE PLAZA, SUITE 2120
SEATTLE, WASHINGTON 98154-1109
(206) 340-4700
FAX (206) 464-9555
Email: law@sinsheimer-meltzer.com