UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNE WARDELL,

        Plaintiff,

vs.

DEANNA NOLLETTE, *et al.*,

        Defendants.

NO. C05-741RSL

ORDER OF DISMISSAL

It having been reported to the Court on Monday, June 19, 2006 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

DATED this 19th day of June, 2006.

                                      /s/ Robert S. Lasnik
                                      Robert S. Lasnik
                                      United States District Judge

05-CV-00741-CERT

ORDER OF DISMISSAL